| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bowdre, Karon O | 2. Court or Organization<br><br>U. S. District Court, Alabama | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Hugo Black Courthouse<br>1729 Fifth Avenue North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Proprietor | Juliette Farms f/k/a KayBee Saddlebreds |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 29 A 10: 47 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Samford University (Defined Benefit Plan)-vested benefits in plan of former employer. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Juliette Farms fka Kaybee Saddlebreds (Breed, Train & Show American Saddlebred Horses) | $ 6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-Employed Law Practice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Mississippi College CLS | hotel and travel expenses for speaking engagement |
| 2. | Pepperdine University | hotel and travel expenses for speaking engagement |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia Bank, N.A. | Equity loan ███ used to finance purchase of LLC #4 interest | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  LLC #1- Hwy 280, LLC / Real Estate 1, Birmingham, AL | B | Distribution | J | W | | | | | |
| 2.  First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3.  First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 4.  American Fund-Fundamental Investors | A | Dividend | J | T | | | | | |
| 5.  American Fund-Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 6.  American Fund-Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 7.  Wachovia Bank Deposit Sweep Account | A | Dividend | J | T | | | | | |
| 8.  Compass Bank Common Stock | A | Dividend | K | T | | | | | |
| 9.  Janus Investment Fund - Small Cap Value Fund | B | Dividend | J | T | | | | | |
| 10.  Fundamental Investors | B | Dividend | K | T | | | | | |
| 11.  Fundamental Investors | B | Dividend | K | T | | | | | |
| 12.  Growth Fund of America | A | Dividend | K | T | | | | | |
| 13.  Citibank Smith Barney Money Fund | A | Dividend | K | T | | | | | |
| 14.  RGBK Common Stock | A | Dividend | J | T | | | | | |
| 15.  Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 16.  Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 17.  Walmart Stores Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alabama 0% Judicial Bldg Bonds | A | Interest | J | W | | | | | |
| 19. Fundamental Inves.Fund (IRA) | A | Dividend | J | T | | | | | |
| 20. Growth Fund of America (IRA) | A | Dividend | K | T | | | | | |
| 21. New Perspective Fund (IRA) | B | Dividend | J | T | | | | | |
| 22. Small Cap World Fund-IRA | A | Dividend | J | T | | | | | |
| 23. Wash Mut Inv Fund-IRA | A | Dividend | | | sell | 1/17 | J | A | |
| 24. Cap.World Growth&Inc-IRA | B | Dividend | L | T | | | | | |
| 25. Euro Pac Growth-IRA | D | Dividend | L | T | | | | | |
| 26. Invest Co of Amer-IRA | C | Dividend | L | T | | | | | |
| 27. Growth Fund Amer-IRA | A | Dividend | | | sell | 08/24 | L | E | |
| 28. Wash Mut. Inv Fund-IRA | B | Dividend | L | T | | | | | |
| 29. Fidelity Disc Equity-IRA | A | Dividend | J | T | | | | | |
| 30. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 31. Pioneer Fund Inc. | A | Dividend | J | T | | | | | |
| 32. Inv. Co of Amer Fund | B | Dividend | K | T | | | | | |
| 33. Putnam Voyager Fund | A | Dividend | | | sell | 01/12 | J | | |
| 34. Inv. Co. of America Fund | A | Dividend | J | T | partial sell | 01/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ICOS Common Stock | A | Dividend | J | T | | | | | |
| 36. ALKS Common Stock | A | Dividend | J | T | | | | | |
| 37. Trust I; Inc.Benef.; Trustee=▇▇; See Part VIII | D | Distribution | O | W | | | | | |
| 38. AmSouth Bank Acct | B | Interest | K | T | | | | | |
| 39. American New Perspective Fund | A | Dividend | J | T | | | | | |
| 40. American New Perspective Fund | A | Dividend | J | T | | | | | |
| 41. Trust II; Inc. Bene.;▇▇Trustee, See Part VIII. | E | Distribution | P2 | W | | | | | |
| 42. ▇▇▇▇ | | None | K | W | | | | | |
| 43. 401(k)@ The Principal, See Part VIII. | E | Dividend | N | T | buy | | K | | |
| 44. Lawfirm Capital Contribution▇▇, See Part VIII | | None | K | W | | | | | |
| 45. Trust III; Inc Benef; Life Ins; Trustee▇▇See Part VIII | | None | K | W | | | | | |
| 46. Trust IV, Inc Benef; Life Ins; Trustee▇▇See Part VIII | | None | K | W | | | | | |
| 47. Pioneer Mid-Cap Value Fund Cl A | A | Dividend | J | T | partial sell | 01/12 | J | B | |
| 48. Putnam Small Cap Value Fund | A | Dividend | J | T | partial sell | 01/12 | J | B | |
| 49. McDonalds Corp. Common Stock | A | Dividend | | | sell | 01/12 | J | A | |
| 50. Disney Common Stock | A | Dividend | J | T | | | | | |
| 51. Disney Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wachovia Bank Deposit Sweep Account | A | Interest | J | T | | | | | |
| 53. Columbia Funds, Intl Value Fd Inv. CL A | B | Dividend | J | T | partial sell | 11/22 | J | A | |
| 54. Wachovia Cash Sweep Acct | A | Dividend | J | T | | | | | |
| 55. Janus Invt. Fd- Small Cap & Value Fund-IRA | D | Dividend | K | T | | | | | |
| 56. T. Rowe Price Mid-Cap Growth Fund-IRA | C | Dividend | K | T | | | | | |
| 57. General Electric Company Common Stock | A | Dividend | J | T | | | | | |
| 58. Nuveen Select Tax Free Income Port 2 SBI | A | Dividend | J | T | | | | | |
| 59. Growth Fund of America-Class A | A | Dividend | J | T | | | | | |
| 60. New England Financial Permanent Life Insurance | A | Dividend | K | T | | | | | |
| 61. New England Financial- Permanent Life Insurance Policy | A | Dividend | K | T | | | | | |
| 62. New England Finan.- Variable Ord.Life - Mod to Agg Alloc | A | Dividend | K | T | | | | | |
| 63. Metlife Permanent Life Ins. | B | Dividend | L | T | | | | | |
| 64. Van Kampen Equity & Income Fund-Cl B-fka Equity Income | A | Dividend | j | T | | | | | |
| 65. USB Cash Fund | A | Interest | J | T | | | | | |
| 66. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 67. Eurapacific Growth Fund | A | Dividend | J | T | | | | | |
| 68. Capital World Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Capital World Growth | A | Dividend | K | T | | | | | |
| 70. Intermediate Bond Fund of America | A | Dividend | J | T | buy | 01/12 | J | | |
| 71. Intermediate Bond Fund of America | A | Dividend | J | T | partial sell | 08/14 | J | | |
| 72. Intermediate Bond Fund of America | A | Dividend | J | T | partial sell | 01/04 | J | | |
| 73. LLC #3 - FBN Properties I, LLC; real estate investment | | None | L | W | | | | | |
| 74. Chico's FAS, Inc. | A | Dividend | J | T | | | | | |
| 75. Stern Agee Cash Trust Prime Money Market | A | Interest | J | T | | | | | |
| 76. Van Kampen Equity & Income Fd Cl A | A | Dividend | J | T | | | | | |
| 77. Pioneer Short Term Inc. Cl A | A | Dividend | J | T | buy | 01/12 | J | | |
| 78. Pioneer Short Term Inc. Cl A | A | Dividend | J | T | partial sell | 08/14 | J | | |
| 79. Europacific Growth Fund Cl A | A | Dividend | J | T | buy | 01/12 | J | | |
| 80. Putnam Ltd Gov. Inc. Fd Cl A | A | Dividend | J | T | buy | 01/12 | J | | |
| 81. Fundamental Investments Inc. Cl F | C | Dividend | L | T | buy | 08/24 | L | | |
| 82. Fidelity Funds Cash Reserves (X) | A | Dividend | J | T | | | | | |
| 83. ING - Life Insurance Policy | A | Dividend | J | T | buy | 06/23 | J | | |
| 84. LLC #4 - IRIS, LLC; real estate investment; Birmingham, AL | C | Distribution | M | W | buy | 04/27 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*



401(k): Principal Global Investors Large Cap. Stock Index Fund, Principal Global/Barrow Hanley Fund, American Century Investment Management Large Cap Growth Fund, Principal Global Investors Diversified International Fund and contributions to the Plan and purchases by the Plan to these preselected funds are made throughout the year.

Lawfirm Capital Contribution ███████ is in the law firm ████████████████████ n Birmingham, AL.

Trust III owns a life insurance policy issued by Phoenix Mutual Life Insurance Company and stock issued by Phoenix Mutual.

Trust IV owns a life insurance policy issued by Northwestern Mutual Life Insurance Company.

Partial sales in some holdings did not change year-end category listings.

Fundamental Investors purchases in two subaccounts were aggregated in the previous report as a single purchase, but are now segregated on Lines 10 & 11 for easier tracking.

Dreyfuss Appreciation Fund (Line 11 on 2005 Report) should have been reflected as a "sell" rather than a "partial sell" with C(1) left blank to reflect no value at the end of the previous reporting period.

A dissolution of LLC#2 (reflected on earlier reports) caused the underlying investment asset ████████████ to be owned outright.

Disney Common Stock (Lines 50 & 51) resulted from Disney's stock acquisition of the previously held investment (Pixar Common Stock).

The asset in Line 63 has been owned for many years and inadvertently was omitted from earlier reports.

Capital World Growth purchases in two subaccounts were aggregated in the previous report as a single purchase, but are now segregated on Lines 68 & 69 for easier tracking.

An erroneous double entry for an investment in Microsoft Common Stock in the 2005 report Line 76 has been deleted in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 22, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544